IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

SUSAN LEFF, et al.,

     Plaintiffs

       v.                  CIVIL NO. 09-1567 (JP)

RITZ CARLTON HOTEL COMPANY OF
PUERTO RICO, et al.,

     Defendants

## FINAL JUDGMENT

At the settlement conference, the parties hereto have reached a settlement agreement in this case. Pursuant thereto, the Court hereby **ENTERS JUDGMENT FOR PLAINTIFFS TO HAVE AND RECOVER SEVENTY THOUSAND DOLLARS ($70,000.00) FROM DEFENDANTS**. This Judgment is a release from all damages and causes of action exercised in the complaint and all damages and causes of action that could follow or emanate from the facts stated therein. This Judgment is entered without the imposition of costs or attorneys' fees.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 21st day of April, 2010.

_____
JAIME PIERAS, JR.
U.S. SENIOR DISTRICT JUDGE

**AGREED TO BY:**

COUNSEL FOR PLAINTIFFS

_____
A. J. BENNAZAR-ZEQUEIRA, ESQ.

_____
NELSON ROBLES-DIAZ, ESQ.

COUNSEL FOR DEFENDANTS

_____
CHARLES DEMIER-LEBLANC, ESQ.